

ORIGINAL

FILED

04/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0154

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 20-0154

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TYLER GHARRETT WILKINSON,

      Defendant and Appellant.

FILED

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### ORDER

FILED

APR 0 6 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

By prior notice, Appellant Tyler Gharrett Wilkinson (Wilkinson) appealed his January 2020 judgment of conviction and sentence in the Montana Twenty-First Judicial District Court, Ravalli County, Cause No. DC-19-82. By stipulated motion filed March 26, 2021, the parties jointly stipulate and move for an order of this Court dismissing Wilkinson's pending appeal and remanding to the District Court for entry of a superseding amended judgment omitting the previously assessed $800 public defender fee.

Accordingly, finding good cause in the interests of justice thereon,

IT IS ORDERED that the parties' stipulated motion is hereby GRANTED. Wilkinson's pending appeal is hereby DISMISSED and this matter is REMANDED with instruction to the District Court for entry of a superseding amended judgment of conviction and sentence in the underlying matter omitting the previously assessed $800 public defender fee.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the parties' respective counsel of record.

DATED this 6 day of April, 2021.

_____
Chief Justice

_____

Justices